B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## MIDDLE DISTRICT OF FLORIDA

In re **Banana River, LP**    Case No. **6:10-bk-03439**
Debtor(s)    Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AT&T<br>PO Box 105262<br>Atlanta, GA 30348-5262 | AT&T<br>PO Box 105262<br>Atlanta, GA 30348-5262 | Current and ongoing local and long distance phone service and internet | | Unknown |
| City of Cocoa Utilities<br>65 Stone Street<br>Cocoa, FL 32922 | City of Cocoa Utilities<br>65 Stone Street<br>Cocoa, FL 32922 | Current and ongoing water and trash removal service | | Unknown |
| Florida Department of Revenu<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0125 | Florida Department of Revenu<br>5050 W Tennessee St<br>Tallahassee, FL 32399-0125 | Sales Tax | | 450.00 |
| Florida Power and Light<br>PO Box 25576<br>Miami, FL 33102 | Florida Power and Light<br>PO Box 25576<br>Miami, FL 33102 | Current and ongoing electrical service | | Unknown |
| Mercantile Bank<br>c/o Jesse E Graham Jr Esq<br>Burr & Forman, LLP<br>369 N New York Ave FL 3<br>Winter Park, FL 32789 | Mercantile Bank<br>c/o Jesse E Graham Jr Esq<br>Burr & Forman, LLP<br>Winter Park, FL 32789 | | | 3,287,250.00<br><br>(Unknown secured) |
| Sherry Nimits<br>203 Holman Avenue<br>Unit 102<br>Cape Canaveral, FL 32920 | Sherry Nimits<br>203 Holman Avenue<br>Unit 102<br>Cape Canaveral, FL 32920 | Residential deposit | | 690.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Banana River, LP**                                        Case No. **6:10-bk-03439**

                              Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Atlantic Avenue Properties, LLC, its General Partner of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **March 18, 2010**                   Signature **/s/ John K. Porter, Manager of North**
                                                    **John K. Porter, Manager of North**
                                                    **Atlantic Avenue Properties, LLC, its General Partner**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.